IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ANTHONY WOMACK,**

**Defendant.**                                                    No. 05-CR-30015-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is Attorney John Abell's Motion to Withdraw as Counsel in the above-captioned matter. (Doc. 332.) Because Defendant Anthony Womack is currently represented by other counsel in this matter, the Court **GRANTS** Attorney Abell's motion and **WITHDRAWS** Attorney Abell from this matter. (Doc. 332.)

**IT IS SO ORDERED.**

Signed this 20th day of June, 2006.

/s/          David   RHerndon

**United States District Judge**