IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ANTHONY WOMACK,**

**Defendant.**                                                                 No. 05-CR-30015-DRH

## ORDER

**HERNDON, District Judge:**

      Before the Court is Defendant Anthony Womack's ("Defendant") motion for an extension of time to file objections to his Presentence Report. (Doc. 367.) The Court **GRANTS** this motion. (*Id.*) The Court **EXTENDS** the time for Defendant to file his objections until August 15, 2006.

      **IT IS SO ORDERED**.

      Signed this 8th day of August, 2006.

                                      /s/       David   RHerndon
                                      **United States District Judge**