IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ANTHONY WOMACK,**

**Defendant.**                                              No. 05-CR-30015-DRH

### ORDER

**HERNDON, District Judge:**

Before the Court is Defendant Anthony Womack's motion to inspect jurors' notes. (Doc. 388.) It is the procedure of the Court to destroy all notes taken by jurors following the conclusion of a trial. The instruction to the jury advised them of that destruction. Accordingly, the notes taken by jurors in Defendant Womack's trial have been destroyed. Court **DENIES** Defendant's motion to inspect jurors' notes. (Doc. 388.)

**IT IS SO ORDERED.**

Signed this 24th day of August, 2006.

/s/        David  RHerndon
**United States District Judge**